# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Operating Engineers Local #49 Health and
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineering and
Participating Employers and their trustees, et al.,

    Plaintiffs,      Civil No. 09-3452 (RHK/RLE)

vs.              **ORDER**

Thielen Excavating, LLC, Jon Thielen,
individually,

    Defendants.

  This matter is venued in the Sixth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  December 7, 2009

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge