**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Civil No. 09-3452 (RHK/RLE) |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL** |
| Thielen Excavating, LLC and Jon Thielen, individually, | |
| Defendants. | |

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 9), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: February 3, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge